RECEIVED
FEB - 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE ACTOS® (PIOGLITAZONE PRODUCTS LIABILITY LITIGATION)

This Document Applies To:
All Cases

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## CASE MANAGEMENT ORDER: MEDICAL AUTHORIZATIONS

In light of the lengthy period over which medical records have been, and continue to be, sought by the Defendants, and in order to avoid unnecessary administrative costs associated with obtaining medical records, the Plaintiffs' Steering Committee and the Defendants have jointly requested that the Court enter an Order setting out guidelines for the dating of Authorizations.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Hereafter, all Authorizations that are provided by Plaintiffs to Defendants shall be left undated. For those authorizations that have been provided prior to the date of this Order or are provided hereafter by Plaintiffs to Defendants and are undated, Defendants' records vendor(s) is hereby authorized to date these Authorizations with the date they are being sent to the healthcare providers and other entities that require an Authorization.

2. With respect to Authorizations that have been provided prior to the date of this Order or are provided hereafter by Plaintiffs to Defendant and are dated, Defendants' record vendor(s) is hereby authorized to re-date these Authorizations with the date they are being sent to the healthcare providers and other entities that require an Authorization. Defendants' record vendor(s) shall be permitted to "white-out" the earlier date and re-date the Authorizations.

1

3. This Order shall not otherwise affect the terms of the Authorizations, nor any other obligation associated with the Authorizations.

4. The parties' right to move for extensions of this Order is reserved.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 6 day of February, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE